## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**FILED**
March 31, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____JMV_____
DEPUTY

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 31, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50054    Ricks v. DMA Companies
                     USDC No. 1:22-CV-773

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Casey A. Sullivan, Deputy Clerk
                504-310-7642

cc:
    Ms. Katherine Patrice Chiarello
    Mr. Christopher James Kronzer I
    Mr. Stephan A. Ricks



**Certified as a true copy and issued as the mandate on Mar 31, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
for the Fifth Circuit

**FILED**
March 31, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JMV_____
                    DEPUTY

United States Court of Appeals
Fifth Circuit
**FILED**
March 9, 2023
Lyle W. Cayce
Clerk

No. 23-50054

STEPHAN A. RICKS,

*Plaintiff—Appellant*,

versus

DMA COMPANIES; DIANA MCIVER; ROXANNE MARROQUIN; OPC SERVICES; NICHOLE GUPTILL,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-773

_____

UNPUBLISHED ORDER

Before HAYNES, ENGELHARDT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

    This court must examine the basis of its jurisdiction on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this Americans with Disabilities Act case, Plaintiff has filed a notice of appeal from the magistrate judge's January 3, 2023 order denying motion for appointment of counsel, and denying in part and dismissing in part Plaintiff's Motion to Set a Scheduling Hearing for Discovery; Motion for Right to

No. 23-50054

Amend Complaint; Motion for Qualified Readers, Qualified Note-Takers, and Qualified Facilitators, and to Provide All Court Materials and Court Orders in an Accessible Format (Braille) and Other Accessible Formats of Plaintiff's Choice; Motion to Compel Discovery from the Defendants and to Appear for Depositions; Motion to Subpoena Defendants and Records; Motion to Compel Defendant Diane McIver to Provide the Contact Information for the Custodian of Records for DMA Properties; and Motion for Exemption of Fees for PACER. Plaintiff appealed the magistrate judge's order directly to this court without first seeking review by the district court judge as it was required to do. *See Colburn v. Bunge Towing, Inc.*, 883 F.2d 372, 379 (5th Cir. 1989); *see also* 28 U.S.C. § 636(b)(1)(A).

Accordingly, the appeal is DISMISSED for want of jurisdiction.