AFFIDAVIT

FILED
2023 APR -3 PM 1:45
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

April 3, 2023

Plaintiff: Stephan Ricks

Case Number: 22-CV-00773-LY

Subject: Plaintiff, Stephan Ricks' request for the right to impartial judge and the right to

impartial trial, see Sixth Amendment

NOTICE TO THE COURT: Plaintiff, Stephan Ricks, is requesting that both Federal Magistrate

Susan Hightower and Federal Judge Lee Yeakle recuse themselves from overseeing further

actions and rulings related to plaintiff, Stephan Ricks' case, because plaintiff, Stephan Ricks,

believes that both Judge Hightower and Judge Yeakle have not demonstrated complete

impartiality as judges. Also plaintiff, Stephan Ricks, believes that there are other questionable

conflicts of interest involving Judge Yeakle and Judge Hightower that should be investigated.

Needless to say, plaintiff, Stephan Ricks swears, under the penalty of perjury, that everything Plaintiff has stated is true, to the best of the plaintiff's knowledge and understanding.

Moreover, plaintiff, Stephan Ricks, requests that a full investigation and recusal of these two Judges, Hightower and Yeakle, should immediately be initiated before any further rulings on plaintiff, Stephan Ricks' case are made.

Additionally, plaintiff, Stephan Ricks, is still requesting, as a result of this special set of circumstances, that a special master be appointed to impartially hear plaintiff, Stephan Ricks' case. (See October 11, 2022 plaintiff, Stephan Ricks' motion for a special master.)

*Stephan A. Ricks*
All Rights Reserved