# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHAN A. RICKS | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | No. 1:22-cv-00773-RP |
| | § | |
| DMA COMPANIES, DIANA MCIVER, NICHOLE GUPTILL, ROXANNE MARROQUIN, OPC SERVICES | § | |
| | § | |
| *Defendants.* | § | |

## AGREED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

1. The parties shall complete a conference in compliance with Federal Rule of Civil Procedure 26(f) on or before **July 13, 2023**.

2. Each party shall serve Initial Disclosures in compliance with Federal Rule of Civil Procure 26(a)(1) on or before **July 27, 2023**.

3. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **July 21, 2023**.

4. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **August 14, 2023**, and each opposing party shall respond, in writing, on or before **August 21, 2023**. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

5. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before **July 21, 2023**.

6. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **December 22, 2023**.

7. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **October 23, 2023**. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **November 13, 2023**. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

8. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

9. The parties shall complete all discovery on or before **March 25, 2024**.

10. All dispositive motions shall be filed on or before **May 6, 2024** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

11. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

12. This case is set for __Bench__ trial commencing at 9:00 a.m. on __October 28__, 20__24__.

The parties may modify the deadlines in this Order by agreement, with the exception of the dispositive motions deadline and the trial date. Those dates are firm. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order.

For cases brought pursuant to the Freedom of Information Act (FOIA), the parties may instead follow the standard disclosure process and will have an initial pretrial conference only by request.

SIGNED on __June 27__, 20__23__.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHAN A. RICKS | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | No. 1:22-cv-00773-RP |
| | § | |
| DMA COMPANIES, DIANA MCIVER, NICHOLE GUPTILL, ROXANNE MARROQUIN, OPC SERVICES | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party _____

through counsel _____

\_\_\_\_ consents to having a United States Magistrate Judge preside over the trial in this case.

\_\_\_\_ declines to consent to trial before a United States Magistrate Judge.

                                                         Respectfully submitted,

                                                         _____

                                                         Attorney for:

                                                         _____