# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| STEPHAN A. RICKS, *Plaintiff,* vs. DMA COMPANIES, DIANA MCIVER, NICHOLE GUPTILL, ROXANNE MARROQUIN, OPC SERVICES, *Defendants.* | No. 1:22-cv-00773-RP |

## ORDER GRANTING DEFENDANT OVERLAND, PACIFIC & CUTLER LLC'S MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY

Before the Court is Defendant Overland, Pacific & Cutler LLC's ("OPC") Motion for Protective Order to Stay Discovery ("Motion"). Having reviewed the Motion and the Response filed by the Plaintiff, the Court finds that it should be GRANTED.

Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that discovery as to Defendant OPC is stayed until the Court rules on OPC's Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c) (Dkt. 55).

Signed this ___ day of September 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE