IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHAN A. RICKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:22-CV-773-RP |
| | § | |
| DMA COMPANIES, DIANA McIVER, | § | |
| NICHOLE GUPTILL, ROXANNE | § | |
| MARROQUIN, and OPC SERVICES, | § | |
| | § | |
| Defendants. | § | |

**AMENDED SCHEDULING ORDER**

In light of the parties' joint status report, (Dkt. 74), the Court issues the following Amended Scheduling Order:

1. The parties shall complete all discovery on or before **August 30, 2024**.

2. All dispositive motions shall be filed on or before **October 4, 2024** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

3. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

4. This case is set for **bench trial** commencing at 9:00 a.m. on **February 10, 2025**. **Given that (1) many cases resolve before trial and (2) the Austin Division has only one active district court judge, the Court may set a criminal case and several civil cases for the**

**same trial week. The Court recognizes the inconvenience this may cause counsel and parties if a trial is moved shortly before the trial date, but the Court must balance that inconvenience with its need to effectively deploy limited judicial resources.**

The parties may modify the deadlines in this Order by agreement, with the exception of the dispositive motions deadline and the trial date. Those dates are firm. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order.

**SIGNED** on May 29, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE