IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHAN A. RICKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:22-CV-773-RP |
| | § | |
| DMA COMPANIES, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Plaintiff Stephan A. Ricks' ("Plaintiff") Motion for Temporary Injunction, (Dkt. 80). (R. & R., Dkt. 104). Judge Hightower recommends denying Plaintiff's Motion for Temporary Injunction. (*Id.*). Plaintiff filed for leave to file objections, (Dkt. 105), which Judge Hightower granted. (Dkt. 106). Plaintiff's objections were filed on October 22, 2024. (Dkt. 110).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 104), is **ADOPTED**.  **IT IS ORDERED** that Plaintiff's Motion for Temporary Injunction, (Dkt. 80), is **DENIED**.

**SIGNED** on November 14, 2024.

                                        ROBERT PITMAN
                                        UNITED STATES DISTRICT JUDGE