IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHAN A. RICKS, | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:22-CV-773-RP |
| DMA COMPANIES, et al., | | |
| Defendants. | | |

### **ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Rebecca Webber's Motion for Attorney's Fees, (Dkt. 113). (R. & R., Dkt. 120). Judge Hightower recommends awarding Rebecca Webber $5,000 in attorney's fees. (*Id.* at 3). Plaintiff filed objections to the report and recommendation on February 14, 2025. (Dkt. 123).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 120), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Rebecca Webber is entitled to $5,000 in attorney's fees and expenses under the Western District of Texas Standing Order Adopting Third Amended Plan for the Reimbursement of Attorney Expenses in Civil Cases.

1

**SIGNED** on March 14, 2025.

                                          ROBERT PITMAN
                                          UNITED STATES DISTRICT JUDGE