IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHAN A. RICKS, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:22-CV-773-RP |
| DMA COMPANIES, et al., | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On April 29, 2025, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Defendants' Motion for Final Summary Judgment, (Dkt. 122). (R. & R., Dkt. 127). The Court's Order granted Defendants summary judgment on all of Plaintiff's claims. (Dkt. 131).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on May 1, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE